In the Matter of the Claim of JOHN T. HUTCHINSON, Respondent, against FREDERICK JENNINGS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the employer was not engaged in a trade, business or occupation carried on for pecuniary gain, and that the claimant was an independent contractor. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of CATHERINE CLEARY, Respondent, against UNITED STATES TRUCKING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of PHILIP GREENWOOD (Deceased), Respondent, against E. LIFSCHITZ & SON, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH COVANO, Respondent, against MEDIO SAMMARCO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EDWARD H. BLOSSOM, Respondent, against THE JOHN W. COWPER Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANDREW GARNIER, Respondent, against NEW YORK RAPID TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM RENOUF, Respondent, against WILLIAM DARRONE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.